```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01278
   RONALD H WILDER
   JANICE M WILDER                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1465    SSN XXX-XX-1581


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/22/08 .

    2.  The case was dismissed without confirmation, 05/09/2008.

    3.  The Debtor paid a total of $   1912.50 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------------
OCWEN LOAN SVCG            CURRENT MORTG         .00             .00         .00
OCWEN LOAN SVCG            MORTGAGE ARRE         .00             .00         .00
WILL COUNTY TREASURER      SECURED               .00             .00         .00
AAC                        UNSECURED       NOT FILED             .00         .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED             .00         .00
CNAC                       UNSECURED       NOT FILED             .00         .00
CREDITORS DISCOUNT & AUD   UNSECURED       NOT FILED             .00         .00
CREDITORS DISCOUNT & AUD   UNSECURED       NOT FILED             .00         .00
CREDITORS DISCOUNT & AUD   UNSECURED       NOT FILED             .00         .00
FIRST PREMIER BANK         UNSECURED       NOT FILED             .00         .00
SAGE TELECOM               UNSECURED       NOT FILED             .00         .00
SANTANNA ENERGY            UNSECURED       NOT FILED             .00         .00
US CELLULAR                UNSECURED       NOT FILED             .00         .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED             .00         .00
ILLINOIS DEPT REVENUE      PRIORITY        NOT FILED             .00         .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00       .00           .00
PRINCIPAL PAID          .00         .00          .00       .00           .00
INTEREST PAID           .00         .00          .00       .00           .00
TOTAL PAID              .00         .00          .00       .00           .00
The Debtor's attorney, DAVID M SIEGEL                 , was allowed $  3500.00
and was paid $   376.00   direct and $   1624.95   through the plan.

The Trustee received $    100.05 .

Refunds to the Debtor totaled $    187.50 .

    Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 01278 RONALD H WILDER & JANICE M WILDER